# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey  07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Michael J. Pisko**
**Associate**
**Admitted In NJ, NY**
**Direct Dial:  973-643-5164**
**Email: mpisko@sillscummis.com**

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

August 9, 2017

<u>**Via ECF**</u>

Clerk
United States District Court for the District of New Jersey
Clerk's Office, Room 2020
402 East State Street
Trenton, New Jersey 08608

   Re: *Crown Imports LLC v. R.R. Importaciones, Inc., et al.*
     <u>**Civil Action No: 17-4852 (JMV) (JBC)**</u>

Dear Sir/Madam:

  This firm represents Plaintiff Crown Imports LLC ("Plaintiff") in this action.  Please accept this letter and supporting Certification of Michael J. Pisko as Plaintiff's Request for the Entry of Default against Defendant R.R. Importaciones, Inc. pursuant to Fed. R. Civ. P. 55(a).

           Respectfully submitted,

           */s/ Michael J. Pisko*
           Michael J. Pisko

cc: Honorable John Michael Vazquez, U.S.D.J. (via regular mail)