Jeffrey J. Greenbaum, Esq.
*jgreenbaum@sillscummis.com*
Michael J. Pisko, Esq.
*mpisko@sillscummis.com*
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey  07102
(973) 643-7000
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Crown Imports LLC, | : | Civil Action No. 17-4852 (JMV) (JBC) |
| | : | |
| Plaintiff, | : | Hon. John Michael Vazquez |
| | : | Hon. James B. Clark, III |
| v. | : | |
| | : | **CERTIFICATION OF** |
| R.R. Importaciones, Inc., James Martinez, | : | **MICHAEL J. PISKO IN SUPPORT OF** |
| and John Does 1-10, | : | **ENTRY OF DEFAULT** |
| | : | |
| Defendants. | : | |

**Michael J. Pisko, Esq.**, of full age, certifies as follows:

1.      I am an attorney at law admitted to the bar of the State of New Jersey and am associated with the law firm of Sills Cummis & Gross P.C., counsel to Plaintiff in the above-captioned litigation.

2.      I make this Certification in support of Plaintiff's request for the Clerk to enter default pursuant to Fed. R. Civ. P. 55(a) against Defendant R.R. Importaciones, Inc. ("RR").

3.      Plaintiff filed the Complaint in this action on June 30, 2017.

4.      RR was served with the Complaint on July 11, 2017.

5.      The Affidavit of Service for RR was filed on July 21, 2017.  Attached as Exhibit A is a true and correct copy of the Affidavit of Service for RR.

6.      Pursuant to Fed. R. Civ. P. 12, RR was obligated to file an answer or other

responsive pleading on or before August 1, 2017.

      7.      RR has not filed any answer or other responsive pleading.

      8.      Plaintiff respectfully requests that the Clerk enter default against RR pursuant to

Fed. R. Civ. P. 55.

      I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2017

                               */s/ Michael J. Pisko*
                                 Michael J. Pisko