Jeffrey J. Greenbaum, Esq.
*jgreenbaum@sillscummis.com*
Michael J. Pisko, Esq.
*mpisko@sillscummis.com*
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey  07102
(973) 643-7000
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Crown Imports LLC, | : | Civil Action No. 17-4852 (JMV) (JBC) |
| | : | |
| Plaintiff, | : | Hon. John Michael Vazquez |
| | : | Hon. James B. Clark, III |
| v. | : | |
| | : | **ORDER** |
| R.R. Importaciones, Inc., James Martinez, and John Does 1-10, | : | |
| | : | |
| Defendants. | : | |

**THIS MATTER** having been opened to the Court by Sills Cummis & Gross P.C., counsel for Plaintiff, for an Entry of Default against Defendant R.R. Importaciones, Inc. pursuant to Fed. R. Civ. P. 55(a); and the Court having considered all papers filed in support of said application; and for good cause having been shown;

**IT IS** on this _____ day of _____, 2017

**ORDERED** that Default be entered upon the docket against Defendant R.R. Importaciones, Inc.

_____
Honorable James B. Clark, III, U.S.M.J.