# United States District Court
# District of New Jersey

September 25, 2017

**LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT**

Re:  Crown Imports, LLC. v. R.R. Importaciones, Inc., et al.
Civil No. 17-4852 (JMV)

Dear Counsel,

Our records indicate that a proof of service has been filed in this civil action and that the time for **defendant James Martinez** to answer has expired. You are hereby directed to move this civil action, by requesting that a ***default and default judgment*** be entered or submitting an extension to answer out of time, within twenty (20) days from the date hereof.  **Should you fail to do so, this action shall be listed for dismissal on October 16, 2017.**

        **SO ORDERED**

                                                 /s/ John Michael Vazquez
                                                JOHN MICHEAL VAZQUEZ, U.S.D.J.