Case 2:17-cv-04852-JMV-JBC   Document 15   Filed 10/11/17   Page 1 of 1 PageID: 137

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | | |
|---|---|---|
| Crown Imports, LLC., <br> *Plaintiff* <br> v. <br> R.R. Importaciones, Inc., James Martinez, et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.  17-4852 (JMV) (JBC) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants except John Does 1-10

Date:  10/11/2017

*Attorney's signature*

Walter G. Luger, Esq (ID 033821984)
*Printed name and bar number*

Mellinger, Sanders, & Kartzman, LLC.
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950

*Address*

wluger7@gmail.com
*E-mail address*

(973) 267-0220
*Telephone number*

(973) 267-3979
*FAX number*