Jeffrey J. Greenbaum, Esq.
*jgreenbaum@sillscummis.com*
Michael J. Pisko, Esq.
*mpisko@sillscummis.com*
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Crown Imports LLC, | : | Civil Action No. 17-4852 (JMV) (JBC) |
| | : | |
| Plaintiff, | : | Hon. John Michael Vazquez |
| | : | Hon. James B. Clark, III |
| v. | : | |
| | : | **STIPULATION AND ORDER** |
| R.R. Importaciones, Inc., James Martinez, and John Does 1-10, | : | |
| | : | |
| Defendants. | : | |

**IT APPEARING THAT** the Complaint in this action was filed on June 30, 2017;

**IT FURTHER APPEARING THAT** defendant R.R. Importaciones, Inc. ("RR Importers") was served with the Complaint on July 11, 2017;

**IT FURTHER APPEARING THAT** default was entered against RR Importers on August 11, 2017;

**IT FURTHER APPEARING THAT** plaintiff Crown Imports LLC ("Plaintiff") desires to amend the Complaint to add Rolando Martinez as an additional defendant in the form of an Amended Complaint attached hereto as Exhibit A, making the changes indicated in the redlined version attached hereto as Exhibit B;

**IT FURTHER APPEARING THAT** Plaintiff seeks to voluntarily dismiss defendant James Martinez ("Martinez") without prejudice, based upon the Declaration of James Martinez,

dated August 19, 2017, incorporated herein and attached hereto as Exhibit C; and for good cause shown;

**IT IS STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. The default entered against RR Importers be and hereby is vacated;

2. Plaintiff is granted leave to file an Amended Complaint in the form attached hereto as Exhibit A;

3. Counsel for RR Imports and Rolando Martinez agrees to accept service of the Amended Complaint by ordinary mail and efiling.

4. RR Importers and Rolando Martinez shall file an Answer or other responsive pleading to the Amended Complaint within thirty (30) days of service.

5. Defendant James Martinez be and hereby is dismissed without prejudice.

Dated: October 13, 2017

| | |
|---|---|
| MELLINGER, SANDERS, & KARTZMAN, LLC<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, New Jersey 07950<br>(973) 267-0220<br>wluger7@gmail.com<br>*Attorney for Defendants*<br>*R.R. Importaciones, Inc. and*<br>*Rolando Martinez* | SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000<br>jgreenbaum@sillscummis.com<br>*Attorneys for Plaintiff*<br>*Crown Imports LLC* |
| By: */s/ Walter G. Luger*<br>     Walter G. Luger | By: */s/ Jeffrey J. Greenbaum*<br>     Jeffrey J. Greenbaum |

SO ORDERED 10/17/17

_____
Honorable James B. Clark, U.S.M.J.